## O'CONNOR and Others v. FLYNN.

### No. 8947; June 3, 1885.

#### 7 Pac. 188.

**Appeal.—Reversal is not Warranted by Error** which is favorable to the appellant.

APPEAL from the Superior Court of the City and County of San Francisco.

The decision on a prior appeal is reported in 57 Cal. 293.

Sawyer & Ball and M. G. Cobb for appellants; Jos. W. Winans for respondent.

SHARPSTEIN, J.—On the former appeal this court directed the court below to order an accounting, and with great minuteness directed in what manner the account should be taken. From that direction the only deviation which we have been able to discover was made in the interest of appellants.

Judgment and order affirmed.

We concur: Myrick, J.; Thornton, J.